UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFRAIN RAMIREZ GARCIA, | ) | Case No. CV 07-1263 ABC(JC) |
| Petitioner, | ) | (~~PROPOSED~~) JUDGMENT |
| v. | ) | |
| G.J. GIURBINO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 4/19/2010

*/s/ Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE